Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Gabriel Garcia-Moreno**

Case Number:  **2:17CR00282**

Name of Sentencing Judicial Officer: **Honorable Robert Brack**

Date of Original Sentence: **February 25, 2015**

Original Offense: **Conspiracy to Distribute of 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine**

Original Sentence: **63 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **March 3, 2017**

Date Jurisdiction Transferred to District of Nevada: **August 28, 2017**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## SUMMARY

Garcia-Moreno has requested permission to travel to Mexico from February 1, 2021 to February 3, 2021. Garcia-Moreno's uncle passed away on January 31, 2021 and his funeral is tomorrow, February 2, 2021. He will be traveling with his wife and staying with his father, Gabriel Garcia, Estacion Lucero 11345-7, Satélite II, Cd Juárez, Chihuahua, Mexico.

If approved, Garcia-Moreno will be leaving by airplane for Mexico on February 1, 2021 and returning to Las Vegas on February 3, 2021. Garcia-Moreno indicates that this trip will cost about $400. Garcia-Moreno has provided his travel confirmations and contact information while traveling

Garcia-Moreno remains employed full-time, is currently compliant with his conditions of supervision, and has no outstanding financial obligations. The Probation Office respectfully requests that he be permitted to travel to the Mexico on the dates. He is aware that if the court does not authorize his travel, he must remain in the United States until he satisfactorily completes his term of supervision.

RE: Gabriel Garcia-Moreno

Form 12 - Travel
D/NV Form
Rev. June 2014

Respectfully submitted,

*Gabriella Mitchell*

Digitally signed by Gabriella Mitchell
Date: 2021.02.01 10:47:50 -08'00'

Gabriella Mitchell
United States Probation Officer Assistant

Approved:

Digitally signed by Todd Fredlund
Date: 2021.02.01 10:05:32 -08'00'

Todd Fredlund
Supervisory United States Probation Officer

*THE COURT ORDERS*

☑  Requested Travel is Approved

☐  Requested Travel is Denied

☐  Other

RICHARD F. BOULWARE, II
United States District Judge

February 1, 2021
Date